| | |
|---|---|
| 1 | JOSEPH W. CHARLES, P.C.<br>5704 West Palmaire Avenue |
| 2 | P.O. Box 1737<br>Glendale, Arizona 85311-1737 |
| 3 | 623-939-6546<br>Joseph W. Charles, # 003038 |
| 4 | Attorney for Debtor<br>Email: attyjcharles@joecharles.com |

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re: ) Chapter 13
)
JAYME JO SANCHEZ and, ) Case No. 2:09-bk-09620 CGC
CHRISTOPHER JAIME SANCHEZ )
) DEBTORS' RESPONSE TO
) TRUSTEE'S OBECTION TO
Debtors. ) PROPERTY CLAIMED EXEMPT
_____)

    Comes now the Debtors, by and through Counsel Undersigned, and responses to Trustee's objections to Debtors' claimed exemptions on Schedule C.

Property:                                    Household Goods
Exemption Law:                  A.R.S. §33-1123
Value Exempt:                   $1,840.00

Debtor responds that:
    The household goods should have been itemized and now are as follows:

| | |
|---|---:|
| Kitchen table with chairs (under sub-section 1) | 100 |
| Stove (under sub-section 13) | 150 |
| Refrigerator (under sub-section 14) | 150 |
| Sofa (under sub-section 2) | 75 |
| Loveseat (under sub-section 3 as a living room chair) | 50 |
| Chair (under sub-section 3 as additional chair) | 35 |
| Ottoman (under sub-section 3 as chair for dependant) | 75 |
| Coffee table and 2 end tables (under sub-section 4) | 30 |
| 2 lamps (under sub-section 5) | 200 |
| Big screen TV (under sub-section 11) | 300 |
| King bed, full bed (under sub-section7) | 400 |
| Armoire and 2 dressers (under sub-section 8) | 75 |
| 2 nightstands as bed-tables (under sub-section 8) | 100 |
| Washer (under sub-section 15) | 100 |
| Dryer (under sub-section 16) | 100 |

For a total value of $1,840.00

The following household furniture are not enumerated in the statute, but should be included due to the fact that $6,160.00 remains out of the $8,000.00 allowable for joint debtors and these items would garner minimal value for the estate if they were liquidated:
Microwave
Pool table and accessories
Barstools
Dishwasher
TV stands
2 tv/dvd players
2 desks
Master bedroom TV
Spare room TV
Glass table with 6 chairs
BBQ
Moon Bouncer
Water slide


Property:                               Sony VIAO Computer and Printer
Exemption Law:                          A.R.S. §33-1125(7)
Value Exempt:                           $400.00

Debtor responds that:
  The computer should have been claimed exempt under A.R.S. §22-1125(7). While the statute does specifically say "typewriter", the computer is the modern equivalent of the typewriter as a word processing device. Schools no longer even teach word processing on any device other than a computer.


Property:                               Item related to candle making
Exemption Law:                          A.R.S. §33-1130(1)
Value Exempt:                           $ 5,000.00

Debtor responds that:
  These items should have been listed under the exemption for equipment used in a business. Debtors own a business that uses these items. This business is currently inactive due to reorganization.

| | |
|---|---|
| 1 | DATED this 5th day of August, 2009. |
| 2 | |
| 3 | |
| 4 | JOSEPH W. CHARLES, P.C. |
| 5 | |
| 6 | /s/ Joseph W. Charles |
| 7 | Joseph W. Charles<br>5704 W. Palmaire Avenue |
| 8 | P.O. Box 1737<br>Glendale, AZ 85311 |
| 9 | Attorneys for Debtors |
| 10 | |
| 11 | COPY of the foregoing<br>Mailed this 5th day of |
| 12 | August 2009, to: |
| 13 | RONALD L. HOFFBAUER, 006888<br>P.O. Box 10434 |
| 14 | Phoenix, AZ 85064-0434 |
| 15 | Chapter 13 Trustee |
| 16 | /s/ P. Poniatowski |